[No. 8996-0-I.   Division One.   July 19, 1983.]

THE STATE OF WASHINGTON, *Respondent,* v. GARY
LEE LAFRENIER, *Appellant.*

Appeal from a judgment of the Superior Court for King
County, No. 87922, Nancy A. Holman, J., entered May 19,
1980. *Affirmed* by unpublished opinion per Callow, J., con-
curred in by Andersen, C.J., and Ringold, J.

[No. 5527-2-III.   Division Three.   July 19, 1983.]

RICHARD HOWARD KATES, *Appellant,* v. C. R. M. KASTAMA,
*as Superintendent of the Washington State
Penitentiary,* ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for Walla
Walla County, No. 81-2-00198-1, Yancey Reser, J., entered
November 30, 1982. *Affirmed* by unpublished opinion per
Munson, J., concurred in by Roe, C.J., and Green, J.

[No. 5141-2-III.   Division Three.   July 19, 1983.]

ARROW TRUCK SALES, INC., *Respondent,* v. PHIL
WHITNEY, ET AL, *Appellants.*

Appeal from a judgment of the Superior Court for Ben-
ton County, No. 80-2-01445-2, Albert J. Yencopal, J.,
entered April 1, 1982. *Affirmed* by unpublished per curiam
opinion.

[No. 5329-6-III.   Division Three.   July 19, 1983.]

*In the Matter of the Personal Restraint of*
CLYDE GUS COLWASH, *Petitioner.*

Petition for relief from personal restraint. *Dismissed* by
unpublished opinion per Roe, C.J., concurred in by Green
and Munson, JJ.